No. 291.   WISCONSIN MICHIGAN POWER CO. *v.* FEDERAL POWER COMMISSION; and

No. 294.   WISCONSIN ET AL. *v.* FEDERAL POWER COMMISSION.   C. A. 7th Cir.   Certiorari denied.   *Martin R. Paulsen* and *Van B. Wake* for petitioner in No. 291. *Vernon W. Thomson,* Attorney General, and *Stewart G. Honeck,* Deputy Attorney General, for the State of Wisconsin, and *William E. Torkelson* for the Public Service Commission of Wisconsin, petitioners in No. 294.   *Acting Solicitor General Stern, Assistant Attorney General Baldridge, Paul A. Sweeney, Melvin Richter, Bradford Ross* and *Howard E. Wahrenbrock* filed a memorandum for respondent.

No. 495.   CALIFORNIA ELECTRIC POWER CO. *v.* FEDERAL POWER COMMISSION ET AL.   C. A. 9th Cir.   Certiorari denied.   *Henry W. Coil* and *Donald J. Carman* for petitioner.   *Solicitor General Cummings* filed a memorandum for the United States and the Federal Power Commission, respondents.

No. 574.   WISCONSIN ET AL. *v.* FEDERAL POWER COMMISSION; and

No. 575.   WISCONSIN POWER & LIGHT CO. *v.* FEDERAL POWER COMMISSION.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. *Vernon W. Thomson,* Attorney General, and *Stewart G. Honeck,* Deputy Attorney General, for the State of Wisconsin, and *William E. Torkelson* for the Public Service Commission of Wisconsin, petitioners in No. 574.   *William Ryan* for petitioner in No. 575.   *Acting Solicitor General Stern* filed a memorandum for respondent.